IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAMILO GOMEZ,

      Appellant,

v.

SOUTHEAST PERSONNEL and
PACKARD CLAIMS
ADMINISTRATION,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0592

Opinion filed September 10, 2014.

An appeal from and order of the Judge of Compensation Claims.
Edward Ramos Almeyda, Judge.

Date of Accident: July 10, 2013.

Toni L. Villaverde, Coral Gables, for Appellant.

William H. Rogner and Anthony Amelio, Winter Park, for Appellees.


PER CURIAM.

      AFFIRMED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.